Hugh A. COOK, Appellant,

v.

B & W CO., INC., Appellee.

No. 08–1034.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 15, 2009.

Filed: June 8, 2009.

Hugh A. Cook, Omaha, NE, pro se.

Robert F. Rossiter, Jr., Sherman P. Willis, Fraser & Stryker, Omaha, NE, for Appellee.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Hugh Cook appeals the district court's[1] adverse grant of summary judgment in his

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

employment-discrimination action against his former employer, B & W Company. Upon careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.